**Dismissed and Memorandum Opinion filed July 3, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-12-00464-CR**
**NO. 14-12-00465-CR**

———————

**MONDRE KETCHUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1314068 & 1314266**

---

## MEMORANDUM   OPINION

Appellant entered guilty pleas to two counts of aggravated robbery with a deadly weapon.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant in each case to confinement for 25 years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a pro se notice of appeal.   We dismiss the appeal.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal.

*See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b)